PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WESLEY TSUKAMOTO et al., <br> Defendant. | CASE NO. 1:21-MJ-00035-SAB <br><br> MOTION AND ORDER TO UNSEAL COMPLAINT |

The Complaint in this case, having been sealed by Order of the Court on April 20, 2021, and it appears that it no longer need remain secret as to the listed defendants,

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the attached redacted Complaint in this case, and the docket as to defendants Wesley Tsukamoto, Jason Aguilar, Cesar Rodriguez, and Hector Hernandez, be unsealed and made public record.

Dated: April 21, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>WESLEY TSUKAMOTO et al.,<br><br>             Defendant. | CASE NO.  1:21-MJ-00035-SAB<br><br>ORDER TO UNSEAL COMPLAINT |

　　　　Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted Complaint filed on April 20, 2021, and docket pertaining to defendants Wesley Tsukamoto, Jason Aguilar, Cesar Rodriguez and Hector Hernandez, be unsealed and become public record.

IT IS SO ORDERED.

Dated:   **April 21, 2021**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE