1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | STEPHANIE M. STOKMAN
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |
Attorneys for Plaintiff
6 | United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-MJ-00035-SAB |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL COMPLAINT |
| WESLEY TSUKAMOTO et al., | |
| Defendant. | |

The Complaint in this case, having been sealed by Order of the Court on April 20, 2021, and it appears that it no longer need remain secret as to the listed defendants,

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the attached redacted Complaint in this case, and the docket as to defendants Wesley Tsukamoto, Jason Aguilar, Cesar Rodriguez, and Hector Hernandez, and Darcy Calafiore be unsealed and made public record.

Dated: April 22, 2021               PHILLIP A. TALBERT
                                    Acting United States Attorney


                                    By: */s/ Stephanie M. Stokman*
                                        STEPHANIE M. STOKMAN
                                        Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY TSUKAMOTO et al.,<br><br>Defendant. | CASE NO. 1:21-MJ-00035-SAB<br><br>ORDER TO UNSEAL COMPLAINT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted Complaint filed on April 20, 2021, and docket pertaining to defendants Wesley Tsukamoto, Jason Aguilar, Cesar Rodriguez and Hector Hernandez, and Darcy Calafiore be unsealed and become public record.

IT IS SO ORDERED.

Dated: __April 23, 2021__

UNITED STATES MAGISTRATE JUDGE