PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

FILED
Apr 29, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00115 DAD-BAM |
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| WESLEY TSUKAMOTO et al., | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 29, 2021 charging the above defendants with violations of 21 U.S.C. §§ 846, 841(a)(1)– Conspiracy to Possess and Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine, Heroin and Cocaine; 18 U.S.C. § 922(g)- Felon in Possession of a Firearm; and 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until all of the defendants named in this Indictment are either in custody or have been given bail on these offenses; and

further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Additionally, the government moves the Court to allow the attached redacted version of the Indictment, as well as the docket as it pertains to the following defendants to be unsealed: Wesley Tsukamoto, Jason Aguilar, Darcy Calafiore, Hector Hernandez, and Cesar Estevan Rodriguez.

DATED: April 29, 2021

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By   /s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: April 29, 2021

_____
BARBARA A. McAULIFFE
U.S. Magistrate Judge