PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
ALYSON A. BERG
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY TSUKAMOTO,<br><br>Defendant. | CASE NO. 1:21-CR-00115-DAD-BAM<br><br>STIPULATION AND ORDER FOR INTERLOCUTORY SALE OF 2016 LEXUS IS SEDAN, VIN: JTHBE1D24G5027497, REGISTERED TO WESLEY TSUKAMOTO |

It is hereby STIPULATED between the United States of America, by its attorney, Phillip A. Talbert, United States Attorney for the Eastern District of California, Stephanie M. Stokman and Alyson A. Berg, Assistant United States Attorneys, and defendant Wesley Tsukamoto, by and through his counsel of record, to enter into an Interlocutory Sale agreement regarding the seized vehicle listed below:

1. On or about April 21, 2021, agents with the Federal Bureau of Investigation ("FBI") working with agents with the Drug Enforcement Agency executed a federal seizure warrant on the 2016 Lexus IS Sedan, VIN: JTHBE1D24G5027497 (hereafter "2016 Lexus"). The 2016 Lexus is in the custody of the United States Marshals Service for the Eastern District of California.

2. Defendant Wesley Tsukamoto was indicted in this case on May 25, 2021. The Indictment included a forfeiture allegation.

3. The United States filed a Bill of Particulars for Forfeiture of Property in this action on July 21, 2021, seeking the forfeiture of the 2016 Lexus IS Sedan, VIN: JTHBE1D24G5027497, registered to

Wesley Tsukamoto.

4. In or around April 2019, Wesley Tsukamoto purchased the 2016 Lexus. According to Department of Motor Vehicle records, title was transferred to him on or about April 22, 2019. The United States is not aware of any lien on the 2016 Lexus.

The parties agree that the 2016 Lexus should be sold to preserve its value pending further Order of the Court. NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Plaintiff, United States of America, and defendant Wesley Tsukamoto, by and through their undersigned counsel, consent to the following:

1. The legal description of the vehicle is: 2016 Lexus IS Sedan, VIN: JTHBE1D24G5027497, and the owner of record is Wesley Tsukamoto.

2. The United States Marshals Service, or its designee, shall sell the 2016 Lexus in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.

3. The net sale proceeds of the sale will include the funds realized from the sale after payment of all seizure, storage, auction and sale costs, including, without limitation to, forfeiture seizure and arrest costs, storage costs, transportation expenses, sales commissions, advertising expenses and sales costs. The net proceeds of sale shall be deposited into the United States Marshals Service's Seized Asset Deposit Fund and held pending further order of the court.

4. In furtherance of the interlocutory sale, Wesley Tsukamoto represents to the United States that no other person or entity holds an ownership interest in the 2016 Lexus which is the subject of this stipulation. In furtherance of the interlocutory sale, Wesley Tsukamoto agrees to promptly execute any documents that may be required to complete the interlocutory sale of the 2016 Lexus.

5. There are no outstanding liens or encumbrances against the 2016 Lexus.

6. Wesley Tsukamoto acknowledges that he has obtained the advice of counsel, and that he is entering into this stipulation for interlocutory sale knowingly and voluntarily.

///
///
///
///

7. All parties are to bear their own costs and attorney's fees as it relates to this Stipulation and Order.

Dated:  June 15, 2022                               PHILLIP A. TALBERT
                                                              United States Attorney

                                                     By:  /s/ Alyson A. Berg
                                                       STEPHANIE M. STOKMAN
                                                       ALYSON A. BERG
                                                       Assistant U.S. Attorney

Dated:  June 15, 2022                               /s/ John F. Garland
                                                             JOHN F. GARLAND
                                                             Attorney for Defendant
                                                             Wesley Tsukamoto
                                                             (As approved by email on 6/15/22)

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the foregoing Stipulation is APPROVED, the specific terms of which are incorporated by reference herein as if fully set forth.

IT IS SO ORDERED.

Dated:  **June 15, 2022**                           Dale A. Drozd
                                                               UNITED STATES DISTRICT JUDGE