PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00115-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| WESLEY TSUKAMOTO, | DATE: June 12, 2023 TIME: 8:30 a.m. COURT: Hon. Ana de Alba |
| Defendants. | |

This case is set for status conference on August 9, 2023, which the parties stipulate to vacate in order to set a change of plea hearing on June 12, 2023, for the reasons set forth below.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on August 9, 2023.

2. By this stipulation, the parties now move to vacate the status date for a change of plea on June 12, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

a) On May 11, 2023, the parties entered into and filed a Memorandum of Plea Agreement. For that reason, the parties agree that a change of plea on June 12, 2023 is appropriate. Prior to filing this stipulation, the parties conferred with the courtroom deputy for the assigned district court judge, who indicated this date is available for a change of plea.

    b)  Time was previously excluded until August 9, 2023.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: May 11, 2023

            PHILLIP A. TALBERT
            United States Attorney

            /s/ STEPHANIE M. STOKMAN
            STEPHANIE M. STOKMAN
            Assistant United States Attorney

Dated: May 11, 2023

            /s/ JOHN GARLAND

            JOHN GARLAND
            Counsel for Defendant
            Wesley Tsukamoto

### **ORDER**

  IT IS SO ORDERED that the status conference set for August 9, 2023, is vacated. A change of plea hearing is set for **June 12, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time was previously excluded.

IT IS SO ORDERED.

  Dated: **May 12, 2023**       /s/ *Barbara A. McAuliffe*
                 UNITED STATES MAGISTRATE JUDGE