PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>WESLEY TSUKAMOTO,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:21-CR-00115-ADA-BAM<br><br>FINAL ORDER OF FORFEITURE |

On September 12, 2023, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Wesley Tsukamoto and the Stipulation and Application for Preliminary Order of Forfeiture and Publication Thereof, forfeiting to the United States the following property:

　　　　a.　$25,100.00 of the net proceeds from the interlocutory sale of the seized 2016 Lexus IS Sedan, VIN: JTHBE1D24G5027497, California license plate number 8JXC597, including all accrued interest on the entire net sale proceeds amount.

Beginning on September 14, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Wesley Tsukamoto.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Upon entry of a Final Order of Forfeiture, but no later than 60 days thereafter, $2,000.00 of the net proceeds from the interlocutory sale of the 2016 Lexus IS Sedan, VIN: JTHBE1D24G5027497, California license plate number 8JXC597, shall be returned to defendant Wesley Tsukamoto through his attorney of record, John F. Garland.

IT IS SO ORDERED.

Dated:   November 14, 2023                 _____
                                           UNITED STATES DISTRICT JUDGE